UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>–v–<br><br>John James Cardona,<br><br>Defendant. | 20-cr-593 (WHP)<br><br>ORDER |

WILLIAM H PAULEY III, District Judge:

Sentencing is scheduled in the above-captioned matter for April 15, 2021 at 2:00 p.m.  A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 133868408.

Dated: April 14, 2021
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.