# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

November 30, 2021

**VIA ECF**
Honorable Vernon S. Broderick
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 27.

Dated: December 17, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   **United States v. John James Cardona**
       Case No:  20-CR-00593

Dear Judge Broderick:

We are the attorneys for John James Cardona.  Mr. Cardona would like to travel to Bogota, Columbia on December 28th, 2021 and returning back to New York on January 4th, 2022 (see attached). He will be residing with Juan David Ramirez Calle at 33 Bis # 4b-26, Pereira, Risaralda, Colombia, S.A., telephone number +57-310-414-3339.

Please know that AUSA Jacob Warren and Probation have no objection to this request.

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/mw

# flightsmojo (/)

⊙ Call US for Support

📞 **+1-844-736-1666 (call-to:+1-844-736-1666)**

◀ BACK TO RESULT (/flight/result/1511211016JM8N0JWWG0)

You have selected the best offer.

## Flight Itinerary

✈ **DEPART**     Kennedy (JFK) - Matecana Int'l (PEI) | Tue, Dec 28 | 17h 38m

| | | | |
|---|---|---|---|
| ▲ | Delta Airlines | DL 253 | New York (JFK) Tue. | 12:50 PM | Dec 28 | Bogota (BOG) Tue. | 06:45 PM | Dec 28 | Economy 5hr 55min |

Bogota (BOG) | 10hr 47min Layover

| | | | |
|---|---|---|---|
| ▲ | Delta Airlines | DL 6236 Operated by : Latam Airlines Colombia* | Bogota (BOG) Wed. | 05:32 AM | Dec 29 | Pereira (PEI) Wed. | 06:28 AM | Dec 29 | Economy 0hr 56min |

✈ **RETURN**    Matecana Int'l (PEI) - Kennedy (JFK) | Tue, Jan 04 | 8h 18m

| | | | |
|---|---|---|---|
| ▲ | Delta Airlines | DL 6282 Operated by : Latam Airlines Colombia* | Pereira (PEI) Tue. | 09:12 PM | Jan 04 | Bogota (BOG) Tue. | 10:04 PM | Jan 04 | Economy 0hr 52min |

Bogota (BOG) | 1hr 36min Layover

| | | | |
|---|---|---|---|
| ▲ | Delta Airlines | DL 254 | Bogota (BOG) Tue. | 11:40 PM | Jan 04 | New York (JFK) Wed. | 05:30 AM | Jan 05 | Economy 5hr 50min |

## Contact Information

| Contact Phone* | 6312159429 | Contact Email* | Donpacho02@hotmail.com |
|---|---|---|---|

## Passenger Details

**IMPORTANT:** Each passenger full name must be entered as it appears on their passport or government issued photo ID.

**Passenger 1 (Adult)**

| First Name* | Middle Name | Last Name* | Gender* | Date Of Birth* | | |
|---|---|---|---|---|---|---|
| John | James | Cardona | Male ▾ | M ▾ | 26 ▾ | 19; ▾ |